ACCEPTED
01-14-00240-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 5:07:00 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00240-CR

In the
**COURT OF APPEALS**
For the
**FIRST SUPREME JUDICIAL DISTRICT**
at Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 5:07:00 PM
CHRISTOPHER A. PRINE
Clerk

_____

On Appeal from the 240th Judicial District Court of
Fort Bend County, Texas
Cause Number 10-DCR-055898

_____

**SEAN MICHAEL MCGUIRE, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S MOTION TO EXCEED WORD COUNT**

_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

COMES NOW, Sean Michael McGuire, Appellant herein, by and through his attorney of record, Kristen Jernigan, and files this, his Motion to Exceed Word Count. In support of said motion, Appellant would show the Court the following:

1.      Contemporaneous with this filing, the undersigned filed Appellant's brief in this case which consists of 16,240 words.

2.      The trial in this case lasted almost two weeks and the record is at least twenty-seven volumes. Appellant was convicted of the offense of murder. This case involved extensive legal research into complex legal issues such as an illegal blood draw in violation of *Missouri v. McNeely*, 133 S.Ct. 1522 (2013) and the Court of Criminal Appeals' recent decision in *The State of Texas v. Villarreal*, No. PD-0306-14, delivered on November 26, 2014.

3.     In addition, Appellant raised eight points of error. Two of those points of error involve pre-trial matters which were extensively litigated including a challenge to the indictment and a motion for change of venue. Appellant's other points of error challenge the sufficiency of the evidence, the chain of custody and admissibility of a blood vial, a warrantless blood draw in violation of *Missouri v. McNeely*, 133 S.Ct. 1522 (2013), the validity of a conviction used to enhance Appellant's punishment, the lack of affirmative links to tie Appellant to two prior convictions at the guilt or innocence phase of trial, and the bias of a seated juror.

4.     It was necessary for the undersigned to exceed the word count to sufficiently address the errors that occurred at trial. The undersigned has never before filed a motion to exceed the word count in any Court of Appeal.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant his Motion to Exceed Word Count.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 931-3650 (fax)
Kristen@txcrimapp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion to Exceed Word Count has been mailed to the Fort Bend County District Attorney's Office, 301 Jackson, Richmond, Texas 77469, on January 9, 2015.

\_\_/s/ Kristen Jernigan_____
Kristen Jernigan